# SUSSMAN & ASSOCIA~

~Attorneys at Law~

**Michael H. Sussman**

1 Railroad Avenue, Suite 3, P.O. Box 1005, Gosh

**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
**info@sussman.law**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/2026__

Jonathan R. Goldman
**Christopher D. Watkins**
**Mary Jo Whateley**

January 27, 2026

Hon. Nelson S. Roman
United States District Court – SDNY
300 Quarropas Street
White Plains, New York 10601

    Re: *Baker et al v. Peters, et al., 25 cv 2609 (NSR)*

Dear Judge Roman,

    I represent plaintiffs in this matter. My clients decline to file an Amended Complaint and respectfully request that the Court enter judgment, allowing them to file a notice of appeal from the court's decision dated January 9, 2026.

    Thank you for your consideration in this regard.

Respectfully submitted,

Michael H. Sussman

cc: Counsel of record through NYSCEF

**Plaintiffs having informed the Court that they do not intend to file an Amended Complaint, the claims dismissed without prejudice by the Court's Opinion & Order on January 9, 2026 (ECF No. 54) are now deemed dismissed with prejudice. The Clerk of Court is kindly directed to terminate the motion at ECF No. 55 and this action.**

**Dated: January 28, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED