**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RUSSELL J. BAKER, ET AL.,

                           Plaintiff,

        -against-                                     25 **CIVIL** 2609 (NSR)

                                                    **JUDGMENT**

JOSEPH PETERS, ET AL.,

                          Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 9, 2026 and Order dated on January 28, 2026, the County Defendants' motion to dismiss is GRANTED, and Plaintiffs' Fourteenth Amendment claims against the County Defendants are dismissed prejudice, except for those claims asserted on behalf of the Entity Plaintiffs which are dismissed with prejudice. The Peters Defendants' motion to dismiss is GRANTED and Plaintiffs' FHA claims against the Peters Defendants are dismissed prejudice.

**Dated:**  New York, New York

          February 2, 2026

                                         **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

               **BY:**
                                         _____
                                       **Deputy Clerk**